No. 6878.

CHARLES SPAHR, EXR., VS. AMELIA KAHNBACK.

Where documents are omitted from the transcript by direction of the appellant's counsel and a motion to dismiss is made for incompleteness of the record, it will be sustained.

APPEAL from the District Court for Jefferson. PARDEE, J.

*R. L. Belden* for Plaintiff Appellant. *Besancon* for Defendant.

DE BLANC, J., delivered the opinion.